**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AUTREY M. KELLEY MARTIN, on behalf of plaintiff and a class, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>)<br>Defendant. ) | 1:09CV5512<br>Judge Kendall |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties now hereby stipulate to the dismissal of this case, with prejudice as to the individual claims of plaintiff, without prejudice as to the claims of the putative class, and with costs awarded to neither party.

Respectfully submitted,

/s/ Thomas E. Soule
Daniel A. Edelman
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

/s/ James K. Schultz
James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL LLP
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 578-0990
(312) 578-0991 (FAX)
jschultz@sessions-law.biz

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that the preceding was filed electronically, and served upon David Israel (disrael@sessions-law.biz), James Schultz (jschultz@sessions-law.biz), and Nicole Barrett (nbarrett@sessions-law.biz) by operation of the Court's electronic filing system, on June 2, 2010.

/s/ Thomas E. Soule
Thomas E. Soule